UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 230
Fairfield, NJ 07004
(973) 227-2840
Attorney for the Standing Trustee

Order Filed on
8/21/2007
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

SUN HAN

Case No.: 05-38682

Hearing Date: August 16, 2007

Judge: Morris Stern

**ORDER CONTINUING CASE AND THE AUTOMATIC STAY UNTIL OCTOBER 4, 2007, APPROVING SALE OF REAL ESTATE & MODIFYING PLAN POST-CONFIRMATION**

The relief set forth on the following pages, numbered (2) – (3), is hereby **ORDERED**.

**DATED: 8/21/2007**

Honorable Morris Stern
United States Bankruptcy Judge

Debtor: Sun Han

Case No. 05-38682

Caption of Order: Order Continuing Case and the Automatic Stay Until October 4, 2007, Approving Sale of Real Estate & Modifying Plan Post-Confirmation.

---

THIS MATTER having come before the Court by way of Debtor's Motion to Reinstate the Case and Automatic Stay as to all creditors and to Approve the Sale of Debtor's Property located at 414 Blanch Avenue, Closter, NJ 07624 and the Court having reviewed the pleadings filed herein; and good and sufficient cause shown, it is:

ORDERED that the above case shall remain active and open until October 4, 2007; and it is further

ORDERED that the automatic stay shall remain in full force and effect as to all creditors until October 4, 2007; and it is further

ORDERED that the Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303; and it is further

ORDERED that the proceeds of sale must be utilized to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Said liens shall be paid in full and shall remain on the premises known as 414 Blanch Avenue, Closter, NJ until the closing proceeds are received and applied in satisfaction of the lien including principal, interest, advances, legal fees, costs, and expenses; and it is further

ORDERED that other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing; and it is further

ORDERED that $27,610.81 shall be paid to the Chapter 13 Standing Trustee in the Debtor's case. This amount shall constitute full and final payment of debtor's plan and shall be shared by unsecured creditors on a pro rata basis. The plan is hereby modified in accordance with this paragraph; and it is further

ORDERED that a copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee ten (10) days after closing; and it is further

*Approved by Judge Morris Stern August 21, 2007*

Debtor: Sun Han

Case No. 05-38682

Caption of Order: Order Continuing Case and the Automatic Stay Until October 4, 2007, Approving Sale of Real Estate & Modifying Plan Post-Confirmation.

---

ORDERED that the closing of this sale and the payoff of the modified plan must occur on or before October 4, 2007; and it is further

ORDERED that the ten day stay provided by Bankruptcy Rule 6004(g) be and is hereby waived. The sale may proceed immediately upon entry of this order; and it is further

ORDERED that if the above referenced sale closes and the modified plan is paid off on or before October 4, 2007, then this case and the automatic stay shall remain reinstated and in full effect and debtor shall be entitled to a discharge in the usual course; and it is further

ORDERED that if either of the two conditions mentioned in the preceding paragraph is not met, then this case shall be dismissed effective October 4, 2007. The Standing Trustee shall submit an Order Dismissing Case to the Court in this event.

*Approved by Judge Morris Stern August 21, 2007*